AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
JUN 4 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>v.<br><br>SUPANEE SAENGUTHAI<br><br>*Defendant* | )<br>) Case No. 3-13-70622 MAG<br>)<br>) Charging District: Western District of Washington<br>)<br>) Charging District's Case No. CR 13 030 RAJ |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | United States District Court<br>Western District of Washington<br>700 Stewart Street<br>Seattle, Washington 98101 | Courtroom No.: Duty Magistrate Judge |
|---|---|---|
| | | Date and Time: June 17, 2013 at 1:30 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: June 4, 2013

*Judge's signature*

LAUREL BEELER, US MAGISTRATE JUDGE
*Printed name and title*